# EXHIBIT 4

MPM Medical, Inc.  
MPM Medical, Inc.  
2301 Crown Court  
Irving, Texas  75038

Purchase Order NO:  3307

Page 1 of 1

3/28/2017   1:55:55PM

| | | | | |
|---|---|---|---|---|
| **VENDOR:** | Maiden BioSciences, Inc. | | **SHIP TO:** | MPM Medical, Inc. |
| | 9601 Medical Center Dr | | | Quality Control |
| | Rockville, MD 20850 | | | 2301 Crown Court |
| | | | | Irving, TX 75038 |
| | 443.280.0911 | | | |
| | | | | 972.893.4090 |
| **ATTENTION:** | Mark Gorman | | **CARRIER:** | Selected Courier |
| **ORDER DATE:** | 3/28/2017 | | **FOB:** | Standard |
| | | | **TERMS:** | Net 30 |
| | | | **TAX:** | Standard Tax Code |

| Item No | UOM | Ordered Qty | Received Qty | Unit Cost | Extended Cost |
|---|---|---|---|---|---|
| MP00377 | Ea | 1,000.0 | 0.0 | 35.0000 | $35,000.00 |

SKU:  
Desc:   MPM Triple Helix Collagen Wound Drsg 7X7 (5/bg; 10bg/cs)

| Release Date | Due Date | Ordered Qty | Received Qty | Status |
|---|---|---|---|---|
| 6/28/2017 | 6/28/2017 | 1,000.0 | 0.0 | |

| | | |
|---|---|---|
| Subtotal : | $35,000.00 | $35,000.00 |
| Tax : | $0.00 | $0.00 |
| Total : | $35,000.00 | $35,000.00 |
| Total Wgt : | 1,000.00 | |