# AFFIDAVIT OF SERVICE

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

Case Number: **1:17-cv-03029-RDB**
Date Filed:

Plaintiff:
**Maiden Biosciences, Inc.**
vs
Defendant:
**MPM Medical, Inc., et al**

Received on **10/24/2017** to be served on **RBC Lifesciences, Inc., 2301 Crown Court, Irving, TX 75038.**

**Kevin Benson**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action.

On **10/26/2017** at **1:00 PM**, deponent served the within **COMPLAINT; CIVIL COVER SHEET; EXHIBITS** on RBC Lifesciences, Inc. at 2301 Crown Court, Irving, TX 75038 in the manner indicated below:

By delivering a true copy of each to and leaving with **Steven Brown, Chief Executive Officer** who stated he/she is authorized to accept service on behalf of the corporation.

**Description:**
Gender: **Male**   Race/Skin: **White**   Age: **50 - 60 Yrs**   Weight: **161-190 Lbs.**   Height: **5ft 9in - 6ft 0in**   Hair: **Brown**
Other:



JUSTIN CURTIS
My Notary ID # 129337458
Expires March 8, 2021

Subscribed and Sworn to before me on _7/31/2017_

X _____
Kevin Benson

Notary: Justin Curtis
State of/Commonwealth of: Texas
County of: Tarrant
Expires: march 8, 2021

Job #: 1708772

ALIASS, 10387 Main Street, Suite 202, Fairfax, VA 22030 (703) 383-3007

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* 2301 Crown Court Irving, TX 75038 on *(date)* 10/26/17 ; or 1:00 PM

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 10/26/17

_____
Server's signature

Kevin Benson   Process Server
SCH 10883
5/31/20
Printed name and title

209 W 2nd 125 Fort Worth
Server's address

Additional information regarding attempted service, etc: